**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 21 MAL 2024

           Respondent          :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                        :

                                    :

DAVID ANTHONY ROSARIO,         :

                                    :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.